IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EILEEN ULULANI PILIGRINO,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and PEARL HAWAII FEDERAL CREDIT UNION,<br><br>Defendants. | Civil No. CV23-00058 DKW-KJM<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was delivered via ECF notification as follows:

    BLAKE GOODMAN, ESQ.    *[blake@debtfreehawaii.com]*
    Attorney for Plaintiff
    EILEEN ULULANI PILIGRINO

DATED: Honolulu, Hawaiʻi, March 17, 2023.

                                              /s/ Thomas H. Yee
                                            JONATHAN W.Y. LAI
                                            THOMAS H. YEE
                                            Attorneys for PEARL HAWAII
                                            FEDERAL CREDIT UNION