LAW OFFICES OF
BLAKE GOODMAN, PC

Blake Goodman
Bar Number: 7436
900 Fort Street Mall, #910
Honolulu, HI 96813
E: blake@debtfreehawaii.com
T: (808) 828-4274
*Attorney for Plaintiff*
*Eileen Ululani Piligrino*

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII (Honolulu)

| | |
|---|---|
| EILEEN ULULANI PILIGRINO,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and PEARL HAWAII FEDERAL CREDIT UNION,<br><br>Defendants. | Case No. CV 23-00058 DKW-KJM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PEARL HAWAII FEDERAL CREDIT UNION ONLY** |

Pursuant to Rule 41(a)(1(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1, Plaintiff Eileen Ululani Piligrino ("Plaintiff") and Defendant Pearl Hawaii Federal Credit Union ("PHFCU") hereby stipulate to the dismissal of all claims in this action, with prejudice, as to PHFCU, each party to bear their own attorney's fees and costs. This dismissal includes all of Plaintiff's claims against Defendant PHFCU, but not any of the claims asserted against Defendant Equifax Information Services, LLC. Defendant Trans Union LLC was previously dismissed by the Court's Order entered March 2, 2023. [Doc. 13].

All parties who have appeared in this matter have agreed to this stipulation; therefore, dismissal is appropriate under Rule 41(a)(1)(A)(ii).

RESPECTFULLY SUBMITTED this 23rd day of March 2023.

*/s/Blake Goodman*
Blake Goodman
Bar Number: 7436
900 Fort Street Mall, #910
Honolulu, HI 96813
E: blake@debtfreehawaii.com
T: (808) 528-4274

*Attorneys for Plaintiff*
*Eileen Ululani Piligrino*

*/s/Thomas H. Yee*
Jonathan W.Y. Lai
Thomas H. Yee
WATANABE ING LLP
A limited liability Law Partnership
First Hawaiian Center
999 Bishop Street, Suiite 1250
Honolulu, Hawaii 96813
Telephone No.:
Facsimile no.:
Email: jlai2wik.com / tyee@wik.com