LAW OFFICES OF
BLAKE GOODMAN, PC

Blake Goodman
Bar Number: 7436
900 Fort Street Mall, #910
Honolulu, HI 96813
E: blake@debtfreehawaii.com
T: (808) 828-4274
*Attorney for Plaintiff*
*Eileen Ululani Piligrino*

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII (Honolulu)

| | |
|---|---|
| EILEEN ULULANI PILIGRINO,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and PEARL HAWAII FEDERAL CREDIT UNION,<br><br>Defendants. | Case No. CV 23-00058 DKW-KJM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PEARL HAWAII FEDERAL CREDIT UNION ONLY** |

Before the Court is the parties' stipulation of dismissal with prejudice of the claims against Defendant Pearl Hawaii Federal Credit Union. After careful review, and good cause appearing:

**IT IS ORDERED** that the Stipulation is **GRANTED**

The above-entitled matter is hereby dismissed with prejudice, as to Defendant Pearl Hawaii Federal Credit Union with each party to bear their own fees and costs.

//

APPROVED AS TO FORM:
DATED: Honolulu, Hawaii;                                      .

_____
PILIGRINO, EILEEN ULULANI v. EQUIFAX INFORMATION SERVICES, LLC., et al.; Civil Case No. 1:23-cv-00058-DKW-KJM; STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PEARL HAWAII FEDERAL CREDIT UNION ONLY